# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: HERON MANCHA<br>MARIA D MANCHA<br><br>Debtor(s) | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No.: 08-13483 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/28/2008.

2) This case was confirmed on 07/30/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/03/2011.

5) The case was dismissed on 03/23/2011.

6) Number of months from filing to the last payment: 31

7) Number of months case was pending: 38

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $  133,200.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|   |   |
|---|---|
| Total paid by or on behalf of the debtor | $ 33,000.00 |
| Less amount refunded to debtor | $ 8.71 |
| **NET RECEIPTS** | $ 32,991.29 |

**Expenses of Administration:**

|   |   |
|---|---|
| Attorney's Fees Paid through the Plan | $ 3,000.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 2,227.08 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 5,227.08 |
| Attorney fees paid and disclosed by debtor | $ 500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HEIGHTS AUTO WORKERS | SECURED | 74,162.00 | 72,623.99 | .00 | .00 | .00 |
| CITIFINANCIAL RETAIL | SECURED | 1,000.00 | 4,569.28 | 1,000.00 | 851.42 | 43.34 |
| CITIFINANCIAL RETAIL | UNSECURED | 3,686.00 | .00 | 3,569.28 | 1,850.14 | .00 |
| AMERICAN EXPRESS | UNSECURED | 18,558.00 | 18,558.83 | 18,558.83 | 9,737.05 | .00 |
| ASSOC ST JAMES RADIO | UNSECURED | 480.00 | NA | NA | .00 | .00 |
| CARSON PIRIE SCOTT R | UNSECURED | 666.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 908.00 | 904.65 | 904.65 | 474.62 | .00 |
| CITI BANK/DFS | UNSECURED | 668.00 | NA | NA | .00 | .00 |
| DELL FINANCIAL SERVI | UNSECURED | 13,806.00 | 668.37 | 668.37 | 350.66 | .00 |
| EXCEL | UNSECURED | 515.00 | NA | NA | .00 | .00 |
| HOUSEHOLD | OTHER | NA | NA | NA | .00 | .00 |
| JC PENNY | UNSECURED | 1,215.00 | NA | NA | .00 | .00 |
| CHASE BANK USA NA | UNSECURED | 579.00 | 564.74 | 564.74 | 296.28 | .00 |
| MACYS RETAIL HOLDING | UNSECURED | 441.00 | 510.84 | 510.84 | 268.03 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,908.00 | 1,904.48 | 1,904.48 | 999.21 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,036.00 | 1,138.95 | 1,138.95 | 597.56 | .00 |
| SEARS CREDIT CARDS | UNSECURED | 5,441.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 3,558.00 | 3,615.78 | 3,615.78 | 1,897.05 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 229.00 | 307.64 | 307.64 | 149.43 | .00 |
| VISA | UNSECURED | 1,563.00 | NA | NA | .00 | .00 |
| WELL GROUP HEALTH PA | UNSECURED | 862.00 | NA | NA | .00 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | NA | 14,080.26 | 14,080.26 | 7,387.34 | .00 |
| HEIGHTS AUTO WORKERS | UNSECURED | NA | 1,433.24 | 1,433.23 | 751.96 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.=========================================================================.
| **Scheduled Creditors:**                                                |
|                                                                         |
| Creditor               Claim        Claim        Claim    Principal   Int. |
|   Name        Class   Scheduled    Asserted    Allowed      Paid     Paid |
|                                                                         |
|CREDITORS COLLECTION  UNSECURED    NA      1,890.03    1,890.03     991.61     .00 |
|ECAST SETTLEMENT COR  UNSECURED    NA        698.64      698.64     366.54     .00 |
|HEIGHTS AUTO WORKERS  UNSECURED    NA      1,433.24    1,433.24     751.97     .00 |
|HEIGHTS AUTO WORKERS  SECURED      NA     72,623.99         .00         .00     .00 |
.=========================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | 1,000.00 | 851.42 | 43.34 |
| **TOTAL SECURED:** | 1,000.00 | 851.42 | 43.34 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 51,278.96 | 26,869.45 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 5,227.08 |
| Disbursements to Creditors | $ | 27,764.21 |
| **TOTAL DISBURSEMENTS:** | $ | 32,991.29 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   08/03/2011                                             /s/ Tom  Vaughn
                                                                Tom  Vaughn, Chapter  13  Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**